UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 05-52-DLB

EDWARD C. LUCAS                                                              PLAINTIFF

vs.                                          **JUDGMENT**

CITY OF LUDLOW, KENTUCKY, ET AL.                                 DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that Judgment be entered for all Defendants in this matter, that this matter is hereby **dismissed**, with prejudice, and **stricken** from the docket of this Court.

This is a final and appealable order.

This 20th day of September, 2007.



Signed By:
David L. Bunning   DB
United States District Judge

G:\DATA\Opinions\02-05-52-Judgment.wpd